```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

UNITED STATES OF AMERICA   )
                           )
          V.               )    Criminal No. 14-158
                           )
TAIMUR KHAN                )

**DEFENDANT'S MOTION FOR REVOCATION OF ORDER OF DETENTION**

AND NOW, comes the defendant, Taimur Khan, by his attorney, pursuant to 18 U.S.C. § 3145(b) and with respect to the above-captioned matter he represents the following:

1. On January 26, 2015 United States Magistrate Judge Cynthia Reed Eddy conducted a detention hearing, at the end of which she ordered that the defendant Taimur Khan be detained.  Section 3145(b) provides that the within Motion, seeking revocation of the Order of Detention shall be determined promptly.

WHEREFORE, the defendant, Taimur Khan respectfully requests that the District Court promptly schedule and conduct a hearing on the within Motion.  He further requests

that the Court revoke the Order of Detention and issue an Order Setting Conditions of Release.

                              Respectfully submitted,

                              **s/ Thomas Livingston**
                              Thomas Livingston
                              Assistant Federal Public Defender
                              Attorney I.D. No. 36949